[No. 24262-1-II.   Division Two.   November 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES GAETA M. CAPUTO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00454-1, John F. Nichols, J., entered December 21, 1998. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Bridgewater, JJ.


[No. 25028-4-II.   Division Two.   November 3, 2000.]

KIMBERLY HOFF, ET AL., *Appellants*, v. STEVEN FAUL, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-2-00318-0, James Edgar E. Xavier Warme, J., entered September 7, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Wang, J.


[No. 24976-6-II.   Division Two.   November 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK RYAN AVELLAR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-8-00416-4, Frederick W. Fleming, J., entered July 27, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Wang, JJ.


[No. 24326-1-II.   Division Two.   November 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL G. NERHEIM, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00403-6, James Edgar E. Xavier Warme, J., entered February 2, 1999. *Reversed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, J., and Penoyar, J. Pro Tem.